**Dismissed and Memorandum Opinion filed February 2, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

**NO. 14-11-00606-CV**

———————

**CYSTAL SPRINGS APARTMENTS, Appellant**

**V.**

**AUDREY WARE, Appellee**

**On Appeal from County Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 986710**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed April 13, 2011.   The clerk's record was filed August 11, 2011.   No reporter's record was filed .   No brief was filed.

On December 13, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before January 12, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce and Jamison.